**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ARTHUR J. CLEMENS, JR.,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHN DOE CRIMNAL ENTERPRISE, et al.,<br><br>*Defendants.* | No. 4:25-cv-1658 MAL |

**MEMORANDUM AND ORDER**

Plaintiff Clemens has filed a Motion for Extension of Time, (Doc. 61), pursuant to Fed. R. Civ. P. 6. The Court **DENIES** the Motion.

## I. BACKGROUND

The Court issued a Memorandum and Order dismissing Clemens's claims against the United States. (Doc. 59). The Order gave Clemens until October 5, 2026 to serve the remaining defendants in the action. (Doc. 59 at 8). Clemens has filed a Motion seeking an extension of time to file "responsive pleadings" to the Court's Order. (Doc. 61). According to Clemens, "[t]his case is complex, and the Court's Order is also complex, requiring a complex response from the Plaintiff." (Doc. 61). Clemens requests 30 additional days to prepare a response to the Court's Order. (Doc. 61). He does not explain what he means by "responsive pleadings." (Doc. 61).

## II. LEGAL STANDARD

The Court construes Clemens's Motion as requesting an extension to file a Rule 54(b) Motion for Reconsideration. *See Julianello v. K-V Pharmaceutical Co.*, 791 F.3d 915, 923 n.3 (8th Cir. 2015). When a court adjudicates claims against fewer than all the parties, the order adjudicating those claims may be revised at any time before

final judgment on all the claims. Fed. R. Civ. P. 54(b).[1] Consequently, a party seeking to reconsider such a partial adjudication may move under Rule 54(b). *Julianello*, 791 F.3d at 923 n.3. Because Rule 54(b) permits a court to reconsider its decision any time before final judgment, the natural inference is that an aggrieved party may make a Rule 54(b) motion any time before final judgment.

## III. APPLICATION OF LAW TO FACTS

The Court's Memorandum and Order dismissed all the claims against the United States but retained the claims against other defendants. (Doc. 59 at 8). Because the Court adjudicated claims against fewer than all the parties, the Court may revise its Memorandum and Order any time before final judgment, and there currently is no time limitation on when Clemens may move for reconsideration. Clemens may make a Rule 54(b) motion seeking reconsideration any time before final judgment. Because there is no definite deadline requiring extension, Clemens's Motion for Extension of Time is **DENIED** as moot.

## CONCLUSION

Clemens's Motion for Extension of Time, (Doc. 61), is **DENIED**.

**SO ORDERED,**

This 5th day of October, 2026.

Maria A. Lanahan
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE

[1] There is an exception to this general rule when the court "expressly determines that there is no just reason for delay." Fed. R. Civ. P. 54(b). That exception does not apply here. The Court never made any such determination. *See generally* Doc. 59.