**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ARTHUR J. CLEMENS, JR.<br><br>*Plaintiff,*<br><br>v.<br><br>JOHN DOE CRIMINAL ENTERPRISE, et al.,<br><br>*Defendants.* | No. 4:25-cv-1658-MAL |

**Memorandum and Order**

Plaintiff Clemens has filed a Motion for Recusal of Judge Lanahan. (Doc. 66). Judicial recusal is governed by 28 U.S.C. § 455. None of the recusal provisions in that statute apply in this case.

Accordingly, the Motion for Recusal is **DENIED**.

**SO ORDERED,**

This 22nd day of October, 2026.

Maria A. Lanahan
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE