**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ARTHUR J. CLEMENS, JR.,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHN DOE CRIMNAL ENTERPRISE, et al.,<br><br>*Defendants.* | No. 4:25-cv-1658 MAL |

**Memorandum and Order**

Plaintiff Clemens filed a Notice of Appeal in response to this Court's order dismissing his case. Doc. 73. He filed a motion seeking an extension of time to pay the $605.00 filing fee. Doc. 72. Clemens then paid the filing fee. Accordingly, the Motion for Extension of Time to Pay Filing Fee, Doc. 72, is **DENIED** as moot.

**SO ORDERED,**

This 24th day of October, 2026.

Maria A. Lanahan
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE